IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 3:12-cv-00069 |
| | ) | JUDGE ALETA A. TRAUGER |
| v. | ) | |
| | ) | |
| SHELLEY J. JUSTISS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**EX PARTE MOTION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE**

Comes now the United States, by and through the U.S. Attorney, as counsel, by the undersigned Assistant U.S. Attorney, and respectfully requests an order continuing the Initial Case Management Conference in this matter, which is currently scheduled for Monday, April 16, 2012, at 10:00 a.m. In support of this Motion to Continue Initial Case Management Conference, the United States would show:

1. This suit was filed on January 13, 2012. To date, the United States has been unable to obtain personal service on the Defendant, Shelley Justiss of Murfreesboro, Tennessee. Initial process is not stale, and the Plaintiff continues to try to obtain personal service. Process is presently in the hands of the U.S. Marshal for personal service. Once service is obtained, the Defendant will have at least twenty-one (21) days following service either to answer or otherwise respond to being sued.

2. Scheduling the Initial Case Management Conference for a date after the Defendant has been served and has appeared and has either plead or otherwise responded or has allowed the time for pleading, post-service, to expire, will allow for more productive use of the