## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0069 |
| | ) | Judge Trauger |
| | ) | |
| SHELLEY J. JUSTISS | ) | |

### O R D E R

Given the plaintiffs' Motion for Entry of Default (Docket No. 6), which is still pending, it is hereby **ORDERED** that the initial case management conference scheduled for June 18, 2012, is **CONTINUED**, to be reset, if appropriate, by later order of the court.

It is so **ORDERED**.

ENTER this 14th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge